# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CRÉDIT AGRICOLE CORPORATE | )   No. 1:15-CR-00137-CKK |
| AND INVESTMENT BANK, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATION

In response to the court's October 23, 2015 minute order, Jamie L. Boucher certifies that she has reviewed and is familiar with the Local Rules of the District of Columbia.

Respectfully submitted,

/s/ Jamie L. Boucher
Jamie L. Boucher
Skadden, Arps, Slate, Meagher & Flom
1440 New York Avenue N.W.
Washington, D.C. 20005
(202) 371-7369
Jamie.Boucher@skadden.com

/s/ Keith D. Krakaur
Keith D. Krakaur
DC District Court Bar No: 404168
Skadden, Arps, Slate, Meagher & Flom
4 Times Square
New York, NY 10036
(212) 735-2809
Keith.Krakaur@skadden.com

**Certificate of Service**

I hereby certify that on October 26, 2015 I electronically filed the above with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Matt Graves
Maia Miller
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC 20530

                                              Respectfully submitted,

                                              /s/ Keith D. Krakaur
                                              Keith D. Krakaur
                                              DC District Court Bar No: 404168
                                              Skadden, Arps, Slate, Meagher & Flom
                                              4 Times Square
                                              New York, NY 10036
                                              (212) 735-2809
                                              Keith.Krakaur@skadden.com