# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CRÉDIT AGRICOLE CORPORATE | )   No. 1:15-CR-00137-CKK |
| AND INVESTMENT BANK, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATION

In response to the court's October 23, 2015 minute order, Ryan D. Junck certifies that he has reviewed and is familiar with the Local Rules of the District of Columbia.

Respectfully submitted,

/s/ Ryan D. Junck

Ryan D. Junck
Skadden, Arps, Slate, Meagher & Flom
40 Bank St, London E14 5DS, United Kingdom
+44.20.7519.7006
Ryan.junck@skadden.com


/s/ Keith D. Krakaur

Keith D. Krakaur
DC District Court Bar No: 404168
Skadden, Arps, Slate, Meagher & Flom
4 Times Square
New York, NY 10036
(212) 735-2809
Keith.Krakaur@skadden.com

## Certificate of Service

I hereby certify that on October 26, 2015 I electronically filed the above with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Matt Graves
Maia Miller
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC 20530

                                                Respectfully submitted,

                                                /s/ Keith D. Krakaur
                                                Keith D. Krakaur
                                                DC District Court Bar No: 404168
                                                Skadden, Arps, Slate, Meagher & Flom
                                                4 Times Square
                                                New York, NY 10036
                                                (212) 735-2809
                                                Keith.Krakaur@skadden.com